# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147128-9

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CALIFORNIA CHARLEY'S CORPORATION
and GERARD TRUDEL,
        Plaintiffs-Appellants,

v

SC: 147128-9
COA: 295575, 295579
Wayne CC: 04-409295-CZ

CITY OF ALLEN PARK, JOHN CIOTTI,
ANTHONY NICHOLAS, MARTIN DELOACH,
GREGORY MURPHY, KEVIN WELCH,
KENNETH DOBSON, LEVON KING,
BEVERLEY KELLEY, and DAVID TAMSEN,
        Defendants-Appellees,
and

FRANCESCO TUCCI,
        Defendant,
and

RONALD HAAS and JUDICIAL TENURE
COMMISSION,
        Intervening Parties-Appellees,
and

PATROSKE ENTERPRISES, INC. and MARIA
ORTEGA,
        Intervening Parties.

_____/

On order of the Court, the application for leave to appeal the April 9, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

t0826